EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
MONICA L. MILLER
Assistant United States Attorney
California Bar Number 157695
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061
    Facsimile: (213) 894-7819
    E-mail: monica.miller@usdoj.gov

Attorneys for Federal Defendant
Julian Castro, as Secretary for United States
Department of Housing and Urban Development

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GREEN DRAGON INDUSTRIES, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>USA NATIONAL TITLE COMPANY, a California Corporation; JULIAN CASTRO, in his official capacity as Secretary of the United States Department of HOUSING AND URBAN DEVELOPMENT; ALL PERSONS KNOWN OR UNKNOWN HAVING OR CLAIMING AN INTEREST IN THE PROPERTY AND DOES 1-20,<br><br>    Defendants. | CASE NO. EDCV 16-02505 PA (DTB)<br><br>ORDER FOR DISMISSAL OF FEDERAL DEFENDANT AND REMAND |

GREEN DRAGON INDUSTRIES, INC., a California Corporation, and Federal Defendant, Julian Castro, in his official capacity as Secretary of the United States Department of Housing and Urban Development (HUD), have stipulated that HUD has no interest in the real property that is the subject of the action vis-à-vis Plaintiff Green Dragon Industries, Inc. and have stipulated to the dismissal of HUD under certain terms set forth their stipulation.  Accordingly, the Court hereby Orders as follows:

1.	The property, which is the subject of this action (hereinafter referred to as the ("SUBJECT PROPERTY"), is located in the County of San Bernardino with a physical address of 30057 Cedar Grove Lane, Highland, California, and is legally described as follows:

> "Lot 68 of Tract 16003 as shown on file in Map Book 299, Pages 96-101, inclusive of Maps, Records of San Bernardino County, California."

2.	HUD shall have no interest in the SUBJECT PROPERTY and no further rights under a deed of trust recorded in the Official Records of the County of San Bernardino as Document Number 2015-0193077 ("DEED OF TRUST").

3.	The DEED OF TRUST is hereby ordered cancelled and void as an encumbrance upon the SUBJECT PROPERTY.

4.	This Order shall not to be construed as a release or waiver of any other liens or interests which may be held by the United States of America, its officers, agencies, or assigns upon the property.

5.	This Order shall not prejudice any other rights of HUD as against any of the parties to this action.

6.	HUD shall not be charged any recording or other fees or expenses in connection with this Order or any further action taken in the Superior Court of the State of California.

///

///

7. Federal Defendant, Julian Castro, in his official capacity as Secretary of the HUD, is hereby dismissed from this action.

8. This entire action is hereby remanded without the Federal Defendant to the Superior Court of the State of California for the County of San Bernardino for further proceedings, including the entry of a Judgment that is consistent with the terms of this Order and the cancellation of the DEED OF TRUST.

9. Plaintiff and Federal Defendant shall each bear their own attorney's fees and costs of suit.

IT IS SO ORDERED.

Dated: February  17 , 2017.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE